PROB 12A
(7/93)

# UNITED STATES DISTRICT COURT
## for
## Western District of Texas

### Report on Offender Under Supervision

Name of Offender: Jeramie Jake Jones                    Case Number: A-08-CR-247(1)-SS

Name of Sentencing Judicial Officer: Honorable Sam Sparks U.S. District Judge

Date of Original Sentence: December 4, 2008

Original Offense: Possession with Intent to Distribute 50 Grams or More Cocaine Base, in violation 21 U.S.C. § 841(a)(1)

Original Sentence: 262 months imprisonment followed by three (3) years of supervised release, followed by five (5) years of supervised release with special conditions to include substance abuse and mental health treatment, abstain from alcohol and all other intoxicants, participation in workforce development program, and $100 special assessment (satisfied)

Type of Supervision: Supervised Release           Date Supervision Commenced: July 1, 2022

Assistant U.S. Attorney: Mark H. Marshall          Defense Attorney: William H. Ibbotson (AFPD)

### PREVIOUS COURT ACTION

On October 2, 2019, imprisonment was reduced to 188 months. Furthermore, the term of supervised release was reduced from five years to four years with all other terms and provisions of the original judgment remaining in effect pursuant to Section 404 of the First Step Act.

### NONCOMPLIANCE SUMMARY

**Violation of Special Condition:** "The defendant shall participate in a program approved by the Probation Officer for treatment of narcotic addiction or drug or alcohol dependency which may include testing and examination to determine if the defendant has reverted to the use of drugs or alcohol. The defendant may be required to contribute to the costs of services rendered (copayment) in an amount to be determined by the Probation Officer, based on the defendant's ability to pay."

**Violation of Special Condition:** "The defendant shall abstain from the use of alcohol and/or all other intoxicants during the term of supervision."

Jeramie Jake Jones
Report on Offender Under Supervision
Page 2

**Nature of Non-compliance:** On October 7, 2022, the offender submitted a positive urinalysis for alcohol.

**U.S. Probation Officer Action:** On October 13, 2022, contact was made with Jones to discuss the positive alcohol result. The offender verbally admitted to the consumption of alcohol, namely, one mixed margarita drink on or about October 6, 2022. It should be noted that the offender is enrolled in substance abuse/mental health treatment at this time. It is respectfully recommended that no Court action be taken at this time, and that the offender be allowed to continue treatment so he can continue working on correcting his impulse control and substance abuse issues.

Accordingly, the Court reserves the right to revisit this allegation in the future. In addition, should Jones incur any further violations, the Court will be immediately notified.

Respectfully submitted,

Bartosz Szatkowski
Sr. United States Probation Officer
Date: 10/21/2022

Approved:

Craig A. Handy, Supervising
United States Probation Officer

---

**THE COURT ORDERS:**

[✓] No Action

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

Honorable Susan Hightower
United States Magistrate Judge

Date: October 24, 2022